PER CURIAM.
The State petitions this court for a writ of certiorari to quash the circuit court’s reversal of the county court’s denial of respondent’s Florida Rule of Criminal Procedure 3.860 motion.
We deny the State’s petition for writ of certiorari, as the State failed to establish a departure from the clearly established principles of law. See Citizens Prop. Ins. Corp. v. San Perdido Ass’n, Inc., 104 So.3d 344, 356-56 (Fla.2012).
We note, however, that the denial of a petition for writ of certiorari does not necessarily connote agreement with the circuit court’s conclusion. Rather, this court is bound by the limited standard of review of second-tier certiorari and, though we may find the circuit court’s conclusion was erroneous, erroneous conclusions do not amount to departures from the essential requirements of the law remediable by certiorari. Custer Med. Ctr. v. United Auto. Ins. Co., 62 So.3d 1086, 1093 (Fla.2010); see also Ivey v. Allstate Ins. Co., *641 774 So.2d 679, 682 (Fla.2000) (“[T]he departure from the essential requirements of the law necessary for the issuance of a writ of certiorari is something more than a simple legal error”).
As such, we DENY the State’s petition for -writ of certiorari.
ROBERTS, C.J., and WOLF, J., concur; WINOKUR, J., concurs with opinion.